BUFFALO CLEAN STREET COMPANY, Appellant, *v.* CITY OF
BUFFALO, Respondent.

*Buffalo Clean Street Co.* v. *City of Buffalo,* 118 App. Div. 887, affirmed.
(Argued April 15, 1907; decided April 30, 1907.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the fourth judicial department, entered
May 12, 1906, affirming a judgment in favor of defendant
entered upon a dismissal of the complaint by the court at
Special Term in an action for the reformation of a contract.

*Simon Fleischmann* and *Damase J. Cadotte* for appellant.

*Samuel F. Moran* and *Louis E. Desbacker* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT,
HAIGHT, WERNER, WILLARD BARTLETT and HISCOCK, JJ.